**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN NGUYEN, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUELCELL ENERGY, INC., JASON B. FEW, and MICHAEL S. BISHOP,<br><br>Defendants. | Case No. 1:26-cv-07953-DLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the following attorney appears as counsel on behalf of Defendants FuelCell Energy, Inc., Jason B. Few, and Michael S. Bishop in the above-captioned action:

Jeff G. Hammel
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

Dated: October 6, 2026
New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Jeff G. Hammel
Jeff G. Hammel
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

*Attorneys for FuelCell Energy, Inc., Jason B. Few, and Michael S. Bishop*