UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAN NGUYEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUELCELL ENERGY, INC., JASON B. FEW, and MICHAEL S. BISHOP,<br><br>Defendants. | Case No. 1:26-cv-07953-DLC |

NOTICE OF NON-OPPOSITION OF SAM JOSEPH SIMEONE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

On November 10, 2026, Sam Joseph Simeone ("Simeone"), by and through his counsel, filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Simeone as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities that purchased or otherwise acquired FuelCell Energy, Inc. securities between June 24, 2026, and September 1, 2026, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class. Dkt. No. 24.

Having reviewed the competing motions before the Court, it appears that Simeone does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Simeone's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated: November 23, 2026

Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com

WOHL & FRUCHTER LLP
Joshua E. Fruchter
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
jfruchter@wohlfruchter.com

*Counsel for Sam Joseph Simeone*